■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK HART, Appellant. [721 NYS2d 841] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 13, 1999 (*People v Hart,* 267 AD2d 325), affirming a judgment of the Supreme Court, Queens County, rendered August 12, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., Ritter, Goldstein and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE HERNANDEZ, Appellant. [721 NYS2d 842] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 8, 1999 (*People v Hernandez,* 266 AD2d 311), affirming two judgments of the Supreme Court, Queens County, both rendered December 13, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., Goldstein, McGinity and Schmidt, JJ., concur.